**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7179**

_____

MICHAEL X. JOHNSON,

Plaintiff - Appellant,

versus

J. SMITH, Regional Director; G. BASS, Deputy
Warden; M. PATTERSON, Lieutenant; S. BACON,
Commanding  Officer;  A.  RONEY,  Commanding
Officer,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-95-273-AM)

_____

Submitted:  December 14, 1995      Decided:  January 11, 1996

_____

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael X. Johnson, Appellant Pro Se.  Jill Theresa Bowers, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Johnson v. Smith</u>, No. CA-95-273-AM (E.D. Va. July 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2